Lawrence Gottlieb, WSBA #20987
BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Telephone: 206.292.9988

The Honorable Lonny R. Suko

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

COLFAX GRANGE SUPPLY COMPANY, INC., a Washington State corporation,

Plaintiff,

vs.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a foreign corporation; AMERICAN INTERNATIONAL GROUP DOMESTIC CLAIMS, INC. f/k/a AMERICAN INTERNATIONAL GROUP TECHNICAL SERVICES, INC., a foreign corporation; and NATIONWIDE AGRIBUSINESS INSURANCE CO., a foreign corporation,

Defendants.

NO. CV-08-151-LRS

[~~PROPOSED~~] PROTECTIVE ORDER REGARDING CONFIDENTIALITY

Hearing Date:
Date:   March 20, 2009
Time:   6:30 P.M.
Without Oral Argument

[~~PROPOSED~~] PROTECTIVE ORDER REGARDING CONFIDENTIALITY

- 1 -

394124/031909 1327/20760002

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

THIS MATTER having come before the Court on the parties' Stipulated Motion for Protective Order Regarding Confidentiality, and the Court being fully advised in the premises, it is hereby: ORDERED, ADJUDGED AND DECREED that the documents listed in the following Table are Confidential and are subject to this Protective Order:

| | Document | Bates No. |
|---|---|---|
| 1 | Training Session Outline re: CGL Liability & Coverage Issues | NWAG 005626 – 005668 |
| 2 | Training Session Outline re: CGL Insurance | NWAG 005669 – 005711 |
| 3 | Training Session Outline re: CGL | NWAG 005712 – 005726 |
| 4 | Training Session Outline re: CommercialGard Policy | NWAG 005727 – 05781 |
| 5 | Training Session Outline re: Collapse Coverage | NWAG 005782 |
| 6 | Training Session Outline re: CommercialGard Policy | NWAG 005783 – 005836 |
| 7 | Training Session Outline re: CommercialGard Policy | NWAG 005837 – 005890 |
| 8 | Training Session Outline re: General Liability Issues | NWAG 005891 – 005934 |
| 9 | Best Practices Casualty Claims | NWAG 005935 – 005948 |
| 10 | Best Practices Casualty Claims | NWAG 005949 – 005961 |
| 11 | Training Session Outline re: Compliance with State Unfair Settlement Practices Acts | NWAG 005962 – 005975 |
| 12 | Training Session Outline re: Good Faith Claim Handling | NWAG 005976 – 005988 |

[PROPOSED] PROTECTIVE ORDER
REGARDING CONFIDENTIALITY

394124/031909 1327/20760002

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

DONE IN OPEN COURT, this 20th day of March, 2009.

_____
The Honorable Lonny R. Suko
United States District Court

[~~PROPOSED~~] PROTECTIVE ORDER
REGARDING CONFIDENTIALITY

- 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988